No. 702. A. H. BELO CORP. (WFAA–TV) v. NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *Joseph Alton Jenkins* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Linda Sher* for respondent. *L. N. D. Wells, Jr.,* for Local 1257, International Brotherhood of Electrical Workers, AFL–CIO, intervenor below.

No. 704. PYLE v. OHIO. Sup. Ct. Ohio. Certiorari denied. *William H. Thornburgh* for petitioner. *R. K. Wilson* for respondent.

No. 707. PENNALUNA & CO., INC., ET AL. v. SECURITIES AND EXCHANGE COMMISSION. C. A. 9th Cir. Certiorari denied. *Richard Maguire* for petitioners. *Solicitor General Griswold* and *Philip A. Loomis, Jr.,* for respondent.

No. 708. SACKS v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Alan G. Wilsey* for petitioner. *Solicitor General Griswold* for the United States.

No. 710. FIRST NATIONAL CITY BANK OF NEW YORK v. AMERICAN FIRE & CASUALTY CO. C. A. 1st Cir. Certiorari denied. *Victor House* for petitioner.

No. 716. LESLIE ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *M. Bernard Aidinoff* and *Kendyl K. Monroe* for petitioners. *Solicitor General Griswold, Assistant Attorney General Walters, Harry Baum,* and *Robert I. Waxman* for respondent.